Franich Law Office
RECEIVED

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

MAR 2 9 2012

Scanned PCK | Efiled
Ho file | Action

CONNIE ANN BECKWITH,

        Plaintiff(s),

vs.

MATTHEW D. HOOK,

        Defendant(s).

Case No. 4FA-12-1381 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __MATTHEW D. HOOK__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to Plaintiff's attorney, J. John Franich, of Franich Law Office, LLC, whose address is 325 Baranof Avenue, Fairbanks, AK 99701.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge __Seekins__

                                CLERK OF COURT

__3/28/12__              By __CMcCormick__
Date                                                     Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 FBKS (10/05)(st.3)                  Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

CONNIE ANN BECKWITH,

    Plaintiff,

vs.

MATTHEW D. HOOK,

    Defendant.

Case No. 4FA-12-1381 CI

## COMPLAINT

Plaintiff alleges and complains as follows:

1. On or about October 27, 2009, Plaintiff Connie Ann Beckwith was operating a motor vehicle traveling eastbound on the perimeter around a parking lot of building 4076, Ft. Wainwright, Fourth Judicial District, Alaska.

2. At that same time and place, Defendant Matthew David Hook was traveling southbound in the parking lot of building 4076 in the parking lane.

3. Defendant failed to yield to Plaintiff's vehicle when attempting to turning left, as required by traffic laws and regulations.

4. Defendant's conduct was negligent and negligent *per se*.

5. Defendant's conduct constitutes a "serious criminal offense" as that term is defined in AS 09.60.070.

6. As a direct, proximate and legal result of Defendants' conduct, Plaintiff has incurred damages that include, but are not limited to, the following:

    A. Property damage to Plaintiff's vehicle.

    B. Bodily injury to Plaintiff.

FRANICH
LAW OFFICE, LLC
325 Barnof Ave.
Fairbanks, Alaska 99701
Tel.: (907) 456-5100
FAX: (907) 456-5101

    C. Medical expenses, past and future.

    D. General damages including pain and suffering, past and future.

    E. Such other and further damages as may be proven at trial.

Plaintiff therefore asks for judgment against Defendant in an amount not exceeding the jurisdictional limit of the District Court, the exact amount to be more particularly proven at trial, plus prejudgment interest, costs, full reasonable attorney fees pursuant to AS 09.60.070(a), and such other relief as the court may order.

Date: 3/23/12

FRANICH LAW OFFICE, LLC
Attorney for Plaintiff

By: _____
J. John Franich
ABA #8011078

FRANICH
LAW OFFICE, LLC
325 Baranof Ave.
Fairbanks, Alaska 99701
Tel.: (907) 456-5100
FAX: (907) 456-5103

Beckwith v. Hook
Case No. 4FA-12-

Page 2 of 2

Complaint

Case 4:12-cv-00016-RRB   Document 1-1   Filed 06/04/12   Page 3 of 4

Displaying all 11 matches.

## Search Results

| Case Number | Case Type | File Date | Initiating Action | Party/Company | Case Status |
|---|---|---|---|---|---|
| 4FA-04-00927CI | Dom Viol Pre Conversion (4FA) | 04/20/2004 | DV: Both ExParte & Long Term | Beckwith, Connie | Closed |
| 4FA-04-01214SC | Small Claims (4FA) | 11/19/2004 | Small Claims $2500 or Less | Beckwith, Connie | Closed |
| 4FA-11-00024SC | Small Claims (4FA) | 01/04/2011 | SC More Than $2500: 1 Deft. Cert Mail | Beckwith, Connie | Closed |
| 4FA-00-02917CR | Crim Superior Ct (4FA) | 08/17/2000 | AS11.46.130(A)(1): THEFT- 2ND DEGREE | Beckwith, Connie A | Closed |
| 4FA-01-00498CR | Crim Dist Ct Misd (4FA) | 02/12/2001 | AS11.56.800(A)(2): MAKE FALSE REPORT | Beckwith, Connie A | Closed |
| 4FA-01-02451CI | Dissolution with Children (4FA) | 10/26/2001 | Dissolution with Children - Superior Court | Beckwith, Connie A | Closed |
| 4FA-06-00531CI | Dom Viol No Children (4FA) | 09/18/2006 | DV: Both ExParte & Long Term | Beckwith, Connie A | Closed |
| 4FA-06-07215MO | Minor Offenses (4FA) | 09/15/2006 | 13AAC02.275(b): Speeding (10-19 mph over) | Beckwith, Connie A | Closed |
| 4FA-11-00025SC | Small Claims (4FA) | 01/04/2011 | SC $2500 or Less: 1 Deft. Cert Mail | Beckwith, Connie A | Open |
| 4FA-11-04452MO | Minor Offenses (4FA) | 06/28/2011 | FGC78-141: Red Light Violation | Beckwith, Connie A | Closed |
| 4FA-12-01381CI | Civil District Court (4FA) | 03/28/2012 | Personal Injury and Property Damage Auto - District Court | Beckwith, Connie A | Open |